NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: NPS PHARMACEUTICALS, INC.,
*Appellant*

---

2017-1392, 2017-1393

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00990, IPR2015-01093.

---

### JUDGMENT

---

JOSEPH R. ROBINSON, Troutman Sanders LLP, New York, NY, argued for appellant. Also represented by ROBERT SCHAFFER; DUSTIN B. WEEKS, Atlanta, GA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 15, 2017                  /s/ Peter R. Marksteiner
Date                                        Peter R. Marksteiner
                                               Clerk of Court